# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**MARCUS TYRONE BROADNAX,**

    **Petitioner,**

**v.**                                    **CASE NO. 3:17cv376-MCR/CAS**

**JULIE JONES, Secretary,**
**Florida Department of Corrections,**

    **Respondent.**

_____/

## O R D E R

This matter is before the Court on the Amended Report and Recommendation of the U.S. Magistrate Judge, ECF No. 25, that the motion to dismiss the petition for writ of habeas corpus, ECF No. 17, be denied. The parties have been furnished with a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed. Having considered the Amended Report and Recommendation, I have determined the Amended Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The Amended Report and Recommendation, ECF No. 25, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 17, is **DENIED**, Respondent

   is directed to file an Answer to the § 2254 petition within thirty (30) days

   of entry of this order, and Petitioner is directed that he may file a Reply

   within thirty (30) days after service of the Answer.

**DONE AND ORDERED** this 18th day of July 2018.


_s/ M. Casey Rodgers_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**